UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MARVA RIDGE, et al., | ) | |
| | ) | |
| | ) | |
| Plaintiff, | ) | NO. C01-04180  VRW |
| | ) | |
| v. | ) | **ORDER OF DISMISSAL** |
| | ) | |
| GLAXO SMITHKLINE, PLC, et al., | ) | |
| | ) | |
| Defendant. | ) | |

Having advised the court  that the parties have agreed to a settlement of this case;   IT IS HEREBY ORDERED that this cause of action be dismissed with prejudice, provided, however, that if any party hereto shall certify to this court, within ninety days, with proof of service of a copy thereof, that the agreed consideration for said settlement has not been delivered over, the foregoing order shall stand vacated and this cause shall forthwith be restored to the calendar to be set for trial.

Dated: June 10, 2005

_____
VAUGHN R. WALKER
UNITED STATES DISTRICT COURT