CHARLES F. PREUSS (State Bar No. 45783)
STEVEN M. SELNA (State Bar No. 133409)
MICHELLE A. CHILDERS (State Bar No. 197064)
OWEN J. RESCHER (State Bar No. 214678)
DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, California 94105-2235
Telephone: (415) 591-7500
Facsimile: (415) 591-7510

Attorneys for Defendant
SMITHKLINE BEECHAM CORPORATION D/B/A
GLAXOSMITHKLINE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MARVA RIDGE *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>GLAXO SMITHKLINE, *etc.*, *et al.*,<br><br>　　　　　Defendants. | Case No. 3:01-cv-4180 (VRW)<br><br>**STIPULATION OF DISMISSAL; ATTESTATION IN SUPPORT OF SIGNATURE** |

　　　　WHEREAS, plaintiffs MARVA RIDGE ("Ridge") and WILLIE McDOLE ("McDole") filed a Complaint against SmithKline Beecham Corporation d/b/a GlaxoSmithKline ("GlaxoSmithKline") in the United States District Court for the Northern District of California in November 2001, entitled *Marva Ridge; Willie McDole v. Glaxo SmithKline, plc; SmithKline Beecham Corporation; Glaxo Wellcome, Inc.; and Does 1 to 10*, N.D. Cal. Docket No. 3:01-cv-4180 ("multi-plaintiff action");

　　　　WHEREAS, the multi-plaintiff action was transferred to the Multidistrict Litigation proceeding, *In re Phenylpropanolamine (PPA) Products Liability Litigation*, MDL Docket No. 1407 ("MDL 1407"), where it was assigned MDL 1407 Docket No. 2:02-cv-00530-BJR;

　　　　WHEREAS, Ridge and McDole subsequently filed separate, amended Complaints pursuant to MDL 1407's Case Management Orders ("CMOs") Nos. 15 and 15A

1  regarding cases that could not meet the threshold requirement for permissive joinder
2  under Federal Rule of Civil Procedure 20(a) (Ridge's new, individual action was
3  assigned MDL 1407 Docket No. 2:03-cv-01392-BJR and McDole's was assigned MDL
4  1407 Docket No. 2:03-cv-1393-BJR);
5      WHEREAS, Ridge and McDole's original, multi-plaintiff Complaint was
6  subsequently dismissed with prejudice pursuant to MDL 1407's CMOs Nos. 15 and 15A;
7      WHEREAS, Ridge's new, individual action was included on a Conditional
8  Remand Order ("CRO") filed with the Judicial Panel on Multidistrict Litigation
9  ("JPML") on April 12, 2005, and then transmitted to the Northern District of California,
10 where it was received on May 31, 2005;
11     WHEREAS, McDole's new, individual action was included on a CRO filed with
12 the JPML on May 13, 2005, and then transmitted to the Northern District of California,
13 where it was received on July 6, 2005;
14     WHEREAS, both Ridge and McDole have now settled all their PPA-related
15 claims against GlaxoSmithKline;
16     WHEREAS, Ridge's and McDole's new, individual actions have never been
17 dismissed; and
18     WHEREAS, the parties, having settled this action, enter this stipulation to clarify
19 that the parties agree to the dismissal with prejudice all of Ridge's and McDole's PPA-
20 related claims against GlaxoSmithKline, both individual and multi-plaintiff; therefore
21     IT IS HEREBY STIPULATED by and between plaintiffs Ridge and McDole and
22 defendant GlaxoSmithKline, through their designated counsel, that the new, individual
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

2

SF1\362904\2   STIPULATION OF DISMISSAL                                              CASE NO. 3:01-CV-4180 (VRW)

1  actions and any remaining PPA-related claims and/or actions by Ridge and/or McDole
2  against GlaxoSmithKline be and hereby are dismissed with prejudice pursuant to Federal
3  Rule of Civil Procedure 41(a) with each party to bear its own costs.

Dated: September 8, 2005          CORY WATSON CROWDER & DEGARIS

/S/ LEILA H. WATSON
LEILA H. WATSON

Attorneys for
MARVA RIDGE and WILLIE McDOLE


Dated: September 8, 2005          DRINKER BIDDLE & REATH LLP

/S/ MICHELLE A. CHILDERS
MICHELLE A. CHILDERS

Attorneys for
SMITHKLINE BEECHAM CORPORATION
d/b/a GLAXOSMITHKLINE


ATTESTATION IN SUPPORT OF SIGNATURE

I attest that concurrence in the filing of this document has been obtained from the other signatory.

Dated: September 8, 2005          /S/ MICHELLE A. CHILDERS
MICHELLE A. CHILDERS

DRINKER BIDDLE & REATH LLP
50 Fremont Street, 20th Floor
San Francisco, CA  94105

SF1\362904\2    STIPULATION OF DISMISSAL                                   CASE NO. 3:01-CV-4180 (VRW)

3